Argued June 5, affirmed September 8, 1972

## OREGON PORTLAND CEMENT COMPANY,
*Appellant, v.* DEPARTMENT OF REVENUE,
*Respondent.*

500 P2d 1044

*Maurice O. Georges,* Portland, argued the cause for appellant. With him on the briefs were Miller, Anderson, Nash, Yerke & Wiener, Portland.

*Ira W. Jones,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Glen V. Sorensen, Assistant Attorney General, Salem.

PER CURIAM.

Plaintiff claims that it is entitled to a reduction of its taxes on a part of its inventory, contending that the tax relief provisions of ORS 310.605-310.625 (since repealed) are applicable.

The Tax Court held that plaintiff's inventory did not fall within the definition of "inventory" under the statute and denied plaintiff's claim. 4 OTR 545 (1971).

We have reached the same conclusion upon the same reasoning employed by the Tax Court and we therefore adopt the Tax Court's opinion as our own.

Judgment affirmed.